AO 442 (Rev. 11/11) Arrest Warrant

9763707

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-cr-00164 |
|  | ) Assigned to: Judge Walton, Reggie B. |
| BURNELL SMITH | ) Assign Date: 8/11/2022 |
|  | ) Description: SUPERSEDING INDICTMENT (B) |
|  | ) Related Case No: 22- cr-00164 (RBW) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   BURNELL SMITH
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 USC § 846 - Conspiracy to Distribute and Possess With Intent to Distribute Cocaine Base and Less Than 50 Kilograms of Marijuana; FORFEITURE: 18 USC § 981(a)(1)(C); 18 USC § 924(d); 21 USC § 853(p); and 28 USC. § 2461(c)

Date: 08/11/2022

Robin M. Meriweather
2022.08.11 15:01:29
-04'00'

*Issuing officer's signature*

City and state: WASHINGTON, D.C.

ROBIN M. MERIWEATHER, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 08/11/22, and the person was arrested on *(date)* 8/18/22
at *(city and state)* Washington DC.

Date: 08/19/22

*Arresting officer's signature*

Michael Tantillo DUSM
*Printed name and title*